UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMMY B WEAVER,<br><br>    Plaintiff,<br> v.<br><br>NATHAN J DATUS, et al.,<br><br>    Defendants. | CASE NO. 3:21-cv-05019-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's amended complaint (Dkt. No. 14) is dismissed without prejudice for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915A.

(3) The Clerk shall enter judgment and CLOSE this case.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1    The Clerk is directed to send uncertified copies of this Order to all counsel of record and
2 to any party appearing pro se at said party's last known address, and to Judge Vaughan.
3    DATED this 24th day of November 2021.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2